**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **ANDESA SERVICES, INC.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 23-1348** |
| | : | |
| **HERMANN SONS LIFE** | : | |

## <u>ORDER</u>

**AND NOW**, this 30th day of August 2024, upon considering the parties' Stipulation of Dismissal (D.I. 124) consistent with their representations to Special Master Judge Robinson, with our collective thanks to Judge Robinson, and for good cause, it is **ORDERED**:

1.      This action is **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2.      Pending Motion (D.I. 116) is **DENIED** as moot and we **VACATE** the parties' obligations under our August 27, 2024 Order (D.I. 119); and,

3.      The Clerk of Court shall **close** this case.

_____

**KEARNEY, J.**